AO 91 (Rev 8/01)  Criminal Complaint

# United States District Court

| SOUTHERN | DISTRICT OF | TEXAS |

McALLEN DIVISION

UNITED STATES OF AMERICA

V.

**Jose Hernandez-Salinas**

**CRIMINAL COMPLAINT**

Case Number:  M-19- ~~783~~ -M

IAE    YOB:    1981
**Mexico**
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my

knowledge and belief. On or about _____ **April 3, 2019** _____ in ____ **Hidalgo** ____ County, in

the ____ **Southern** ____ District of ____ **Texas** ____
*(Track Statutory Language of Offense)*

being then and there an alien who had previously been deported from the United States to Mexico in pursuance of law, and thereafter was found near Hidalgo, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title ____ **8** ____ United States Code, Section(s) ____ **1326** ____ (Felony)
I further state that I am a(n) **Senior Patrol Agent** and that this complaint is based on the following facts:

Jose Hernandez-Salinas was encountered by Border Patrol Agents near Hidalgo, Texas on April 3, 2019. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on April 3, 2019, near Hidalgo, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on May 26, 2018 through Del Rio, Texas. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On December 18, 2017, the defendant was convicted of 8 USC 1326, Being Found in the U.S. after Previous Deportation and sentenced to ten (10) months confinement.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

*Approved by Robert Guerra*
*AUSA*

Sworn to before me and subscribed in my presence,

____ **April 4, 2019** ~10:03a.m. ____

**Signature of Complainant**

**Nicolas Cantu**          **Senior Patrol Agent**

**Juan F. Alanis** _____ , **U.S. Magistrate Judge**
**Name and Title of Judicial Officer**

Signature of Judicial Officer